AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Alan Samuel Mansell

*Plaintiff*

v.

Emily K Sullivan, Benton County Prosecutors Office, and Unknown Agents

*Defendant*

Civil Action No. 4:17-cv-05046-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion to Voluntarily Dismiss Complaint Without Prejudice, ECF No. 17, GRANTED.
Plaintiff's Motion and Affidavit to waive collection of Remaining balance of filing fee, ECF No. 18, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on Plaintiff's motion  to Voluntarily Dismiss Complaint Without Prejudice, ECF No. 17, GRANTED.  Plaintiff's Motion and Affidavit to waive collection of the remaining ballance of the filing fee, ECF No. 18, GRANTED.

Date: 7/31/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler